AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District EASTERN DISTRICT OF MASSACHUSETTS |
|---|---|

| Name PABLO A. CRUZ | Prisoner No. W-67243 | Case No. |
|---|---|---|

Place of Confinement
MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| PABLO A CRUZ | v. LUIS S. SPENCER |

The Attorney General of the State of:

## PETITION

1. Name and location of court which entered the judgment of conviction under attack   PLYMOUTH COUNTY SUPERIOR COURT, BROCKTON

2. Date of judgment of conviction _____

3. Length of sentence  FIFTEEN YEARS - TO - FIFTEEN YEARS AND ONE DAY

4. Nature of offense involved (all counts)  TRAFFICKING IN COCAINE

5. What was your plea? (Check one)
   (a) Not guilty         ☑
   (b) Guilty             ☐
   (c) Nolo contendere    ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☑
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court __MASSACHUSETTS APPEALS COURT__

    (b) Result __DENIED__

    (c) Date of result and citation, if known __62 MASS. APP. CT. 1109 (NOVEMBER 5, 2004__

    (d) Grounds raised __INEFFECTIVE ASSISTANCE OF COUNSEL, MISSING WITNESS AND EVIDENTIARY GROUNDS__

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court __MASSACHUSETTS SUPREME JUDICIAL COURT__

        (2) Result __PETITION FOR FURTHER APPELLATE REVIEW DENIED APP CT 03-0959__

        (3) Date of result and citation, if known __COM v CRUZ (12-23-04)__

        (4) Grounds raised __I.A.C., NEW TRIAL, MISSING WITNESS, POSTTRIAL DISCOVERY Certificates of Analysis Illegal, RFNG denied__

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court _____

        (2) Result _____

        (3) Date of result and citation, if known _____

        (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __PLYMOUTH COUNTY SUPERIOR COURT__

        (2) Nature of proceeding __MOTION FOR NEW TRIAL, POSTTRIAL DISCOVERY MOTION__

        (3) Grounds raised __I.A.C. MISSING WITNESS,__

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☑

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☐
(2) Second petition, etc.   Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) TRIAL COUNSEL FAILED TO PUT FORTH A PROPER DEFENSE BY FAILING TO PROPERLY PREPARE FOR TRIAL

B. Ground two: INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): APPELLATE COUNSEL FAILED TO PRESERVE PETITIONER'S RIGHTS BY SEEKING REVIEW FOR THE INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL

AO 241 (Rev. 5/85)

   C. Ground three: POSTTRIAL DISCOVERY

   Supporting FACTS (state *briefly* without citing cases or law): RECORDS OF EMPLOYMENT WOULD SHOW ALIBI DEFENSE WAS VIABLE

   D. Ground four: Trial Judge failed to give missing witness Instruction

   Supporting FACTS (state *briefly* without citing cases or law): Informant was brought to Court but not allowed to testify.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL; BELIEVED ISSUE WAS INCLUDED AS INHERENT SIXTH AMENDMENT RIGHT TO COUNSEL THROUGH FOURTEENTH AMENDMENT

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
   Yes ☐   No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing _____

   (b) At arraignment and plea _____

(6)

AO 241 (Rev. 5/85)

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☑
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1-11-05
(date)

_____ Pablo Cruz _____
Signature of Petitioner

(7)