UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



Cruz v. Spencer,                No. 05-10133-NMG

PETITIONER'S MOTION FOR STAY

The petitioner, Pablo Cruz, hereby moves this Honorable Court for a Stay of Execution for his above-captioned Habeas Corpus Petition.

As grounds therfore, and as attested in the enclosed Affidavit In Support Of Motion For Stay, the petitioner is required to exhaust all State remedies prior to litigating in the Federal forum.

WHEREFORE, the petitioner prays this Honorable Court allow his motion.

January 31, 2005                Respectfully submitted,

                                Pablo Cruz
                                Pablo Cruz, Pro Se
                                Box 43,
                                Norfolk, MA 02056

Certificate of Service:

I, Pablo Cruz, hereby certify that I mailed a true copy of the above motion to Tom Reilly, Attorney General, One Ashburton Place, Boston, MA 02108, by first class mail on January 31, 2005.

                                /s/ Pablo Cruz
                                    Pablo Cruz