UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PABLO CRUZ, )<br>  )<br>    Petitioner, )<br>  )<br> v. )<br>  )<br> LUIS SPENCER, )<br>  )<br>    Respondent. )<br>  ) | Civil Action No. 05-10133-NMG |

## MOTION FOR EXTENSION OF TIME

The respondent, Luis Spencer, hereby requests an extension of the time in which the respondent may respond to the petitioner's petition for a writ of habeas corpus for a period of thirty (30) days, up to and including March 17, 2005. As grounds for this motion, the undersigned counsel for the respondent states that this case was assigned to her only four (4) days ago, and that she requires the additional time to fully analyze and prepare a response to the petitioner's claims. Granting this motion will neither unduly delay the proceedings nor cause prejudice to any party.

WHEREFORE, the respondent respectfully requests that this Court grant the respondent a period of an additional thirty days, up to and including March 17, 2005, to file his memorandum of law.

        Respectfully submitted,

        Luis Spencer,

        By his attorney,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Maura D. McLaughlin
        Maura D. McLaughlin (BBO # 634923)
        Assistant Attorney General
        Criminal Bureau, Appellate Division
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ex. 2857

Dated: February 15, 2005

## Certificate of Service

    I hereby certify that on February 15, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Pablo Cruz, petitioner *pro se*, MCI Norfolk, 2 Clark Street, Norfolk, Massachusetts 02056.


        /s/ Maura D. McLaughlin
        Maura D. McLaughlin